

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2021

No. 04-21-00067-CV

Calvin **HUMPHREY**,
Appellant

v.

**VECTOR AEROSPACE ENGINE SERVICES- ATLANTIC, INC.,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-12246
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The reporter's record was due March 22, 2021, but it was not filed. On March 26, 2021, the court reporter filed a notification of late record stating appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. See TEX. R. APP. P. 34.6(b), 35.3(b).

We order appellant to provide written proof to this court by **April 8, 2021** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. If appellant fails to file such proof within the time provided, appellant's brief will be due **April 28, 2021,** and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court